BROOKLYN-MANHATTAN TRANSIT CORPORATION, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Argued October 23, 1935; decided November 20, 1935.)

*D. A. Marsh, A. A. Kraus* and *George D. Yeomans* for appellant.

*Paul Windels, Corporation Counsel* (*Joseph L. Weiner* and *Arthur A. Segall* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.